UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civ. A. No. 26-3157 (LLA) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Catherine J. Malycke as counsel for Defendant in the above-captioned case.

Dated: September 12, 2026

Respectfully submitted,

By: */s/ Catherine J. Malycke*

CATHERINE J. MALYCKE
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
Phone (202) 252-0838
Email: catherine.malycke@usdoj.gov

*Attorney for the United States of America*