**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF UNITED LATIN AMERICAN CITIZENS et al.,

*Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,

*Defendants.*

Case No. 1:26-cv-03157

**MOTION FOR ADMISSION OF CASSANDRA CRAWFORD *PRO HAC VICE***

Pursuant to Local Rule 83.2(c), Plaintiffs move for the *pro hac vice* admission of attorney Cassandra Crawford as counsel for Plaintiff City and County of Denver, CO, in the above-titled action. This motion is supported by the Declaration of Cassandra Crawford, filed herewith.

Ms. Crawford is admitted to practice law with the bars of the State of North Carolina (No. 45396); the U.S. District Courts for the Western, Eastern, and Middle Districts of North Carolina and the District of Massachusetts; the U.S. Court of Appeals for the First, Fourth, Sixth, Ninth, and D.C. Circuits; and the U.S. Supreme Court. As set forth in Ms. Crawford's declaration, she is a member of the bar in good standing in every jurisdiction where admitted to practice, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Columbia.

This motion is supported and signed by Toby R. Merrill, an active and sponsoring member of the Bar of this Court.

Dated: September 14, 2026

*/s/ Toby Merrill*
Toby Merrill (MA0006)
Litigation Director
Public Rights Project
490 43rd St., Unit #115
Oakland, CA 94609
(510) 738-6788
toby.merrill@publicrightsproject.org

*Counsel for City and County of Denver*