**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **League of United Latin American Citizens et al.**<br>**Plaintiff**<br><br>**vs**<br><br>**U.S. Department of Homeland Security et al.**<br>**Defendant** | **Case Number: 26-cv-03157** |

## AFFIDAVIT OF ELECTRONIC SERVICE

Now comes Rita Berzins the undersigned and does hereby swear and affirm, affidavit is a Private Process server and disinterested person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Gaithersburg, MD.

I, Rita Berzins certify that on **09/11/2026** I emailed a copy of the within Summons & Complaint to Civil Process Clerk, U.S. Attorney's Office for the District of Columbia, in the following manner.

**(XX) EMAIL SERVICE:** Through Electronic Delivery of each document on **09/11/2026 a** true copy to the party named herein, **Civil Process Clerk, U.S. Attorney's Office for the District of Columbia** at **USADC. ServiceCivil@usdoj.gov**.

Confirmation of electronic service by email was received from Civil Process Clerk, U.S. Attorney's Office for the District of Columbia on 09/11/2026 9:57 AM.

See Attached the RPost Acknowledgment - Proof of Sending (Exhibit A)

9/11/2026

*Date*

89467

Rita Berzins

**Rita Berzins**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 26-cv-03157

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk, U.S. Attorney's Office for the District of Columbia was received by me on *(date)* 9/11/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*: **On 09/11/2026 I emailed a copy of Summons & Complaint to Civil Process Clerk, U.S. Attorney's Office for the District of Columbia to USADC.ServiceCivil@usdoj.gov. Confirmation of electronic service by email was received on 09/11/2026 9:57 AM (Exhibit A)**

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 9/11/2026

Rita Berzins

*Server's signature*

89467

Rita Berzins, Process Server

*Printed name and title*

P.O. Box 18647, Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint

**Assistant 1**

**From:** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Sent:** Friday, September 11, 2026 9:57 AM
**To:** Assistant 1; USADC-ServiceCivil
**Cc:** oeconomos@democracyforward.org; aswamidurai@democracyforward.org
**Subject:** RE: US District Court for DC Civil Action No. 1:26-cv-03157-LLA League of United Latin American Citizens et al. v. US Dept. of Homeland Security et al.

Your submission has been received by email on September 11, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Assistant 1 <Rita@torrilegalservices.com>
**Sent:** Friday, September 11, 2026 9:29 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** oeconomos@democracyforward.org; aswamidurai@democracyforward.org
**Subject:** [EXTERNAL] Registered: US District Court for DC Civil Action No. 1:26-cv-03157-LLA League of United Latin American Citizens et al. v. US Dept. of Homeland Security et al.

REGISTERED EMAIL™ | CERTIFIED DELIVERY

This is a Registered Email™ message from **Assistant 1**.

**In re:**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Action No. 1:26-cv-03157-LLA - League of United Latin American Citizens et al. v. U.S. Department of Homeland Security et al.**

**Please find attached electronic service addressed to <u>CIVIL PROCESS CLERK, U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA</u> in the above-referenced case. The attached service package consists of the following documents: *SUMMONS AND COMPLAINT*.**

**Service is being effectuated electronically as instructed by Service of Process in Civil Actions under Federal Rule of Civil Procedure 4(i).**

**Please confirm receipt of the attached service at your earliest convenience.**

**Sincerely,**
**Rita Berzins**
**Torri's Legal Services**
18403 Woodfield Rd., Ste. A
Gaithersburg, MD 20879

EXHIBIT A