# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**League of United Latin American Citizens et al.**
**Plaintiff** )
)
**vs** )
)
**U.S. Department of Homeland Security et al.** )
**Defendant** )
)

**Case Number: 26-cv-03157**

## AFFIDAVIT OF MAILING SERVICE

I, Rita Berzins, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Rita Berzins, certify that on 09/11/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons & Complaint** upon the within named **U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402 8362 0855 1275 1529 15 with Return Receipt . The sealed envelope was signed for on **09/14/2026 .** (Exhibit A)

Addressed As Follows: **U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900**

**See Attached Signed Copy of Receipt. (Exhibit A)**

I, Rita Berzins, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

9/14/2026
*Date*

Rita Berzins

89464

**Rita Berzins**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 26-cv-03157

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor

was received by me on *(date)* 9/11/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________ , __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*: **Mailed by Certified Mail 9402 8362 0855 1275 1529 15 to 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900 on 09/11/2026. Service was signed for on 09/14/2026. (See Exhibit A)**

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: 9/14/2026

Rita Berzins
*Server's signature*

89464

Rita Berzins, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint

UNITED STATES POSTAL SERVICE®

September 14, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 1529 15**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 14, 2026, 09:28 am |
| **Location:** | WASHINGTON, DC 20536 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | US IMMIGRATION AND CUSTOMS ENFORCEMENT |

## Recipient Signature

**Signature of Recipient:** R Gill
R Gill

**Address of Recipient:** 20536

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

US IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF PRINCIPAL LEGAL ADVISOR
500 12TH STREET SW
MAIL STOP 5900
WASHINGTON, DC 20536
Reference #: 89464
Item ID: 89464

EXHIBIT A