# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**League of United Latin American Citizens et al.**
**Plaintiff** )
)
**vs** )
) **Case Number: 26-cv-03157**
**U.S. Department of Homeland Security et al.** )
**Defendant** )
)

## AFFIDAVIT OF MAILING SERVICE

I, Rita Berzins, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Rita Berzins, certify that on 09/11/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons & Complaint** upon the within named **David Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402 8362 0855 1275 1530 66 with Return Receipt . The sealed envelope was signed for on **09/14/2026 .** (Exhibit A)

Addressed As Follows: **David Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900**

**See Attached Signed Copy of Receipt. (Exhibit A)**

I, Rita Berzins, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

9/14/2026
*Date*

Rita Berzins

89465

**Rita Berzins**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 26-cv-03157

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* David Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor

was received by me on *(date)* 9/11/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

______________ , ______________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)*

______________________ on *(date)* ______________ ; or

I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*: **Mailed by Certified Mail 9402 8362 0855 1275 1530 66 to 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900 on 09/11/2026. Service was signed for on 09/14/2026. (See Exhibit A)**

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: 9/14/2026

Rita Berzins

*Server's signature*

89465

Rita Berzins, Process Server

*Printed name and title*

P.O. Box 18647, Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint

UNITED STATES POSTAL SERVICE ®

September 14, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 1530 66**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 14, 2026, 09:28 am |
| **Location:** | WASHINGTON, DC 20536 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | DAVID VENTURELLA, ACTING DIRECTOR |

Recipient Signature

**Signature of Recipient:** R Gill
R Gill

**Address of Recipient:** 20536

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

DAVID VENTURELLA, ACTING DIRECTOR
US ICE: OFFICE OF PRINCIPAL LEGAL ADVISOR
500 12TH ST. SW
MAIL STOP 5900
WASHINGTON, DC 20536
Reference #: 89465
Item ID: 89465

EXHIBIT A