**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF UNITED LATIN AMERICAN CITIZENS et al.,

*Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,

*Defendants.*

Case No. 1:26-cv-03157

**MOTION FOR ADMISSION OF KYRA SIKORA *PRO HAC VICE***

Pursuant to Local Rule 83.2(c), Plaintiffs move for the *pro hac vice* admission of attorney Kyra Sikora as counsel for Plaintiff City and County of Denver, CO, in the above-titled action. This motion is supported by the Declaration of Kyra Sikora, filed herewith.

Ms. Sikora is admitted to practice law with the bar of the State of California (No. 345896). As set forth in Ms. Sikora's declaration, she is a member of the bar in good standing in the jurisdiction where admitted to practice, has not been suspended or disbarred in any jurisdiction, and has only a temporary administrative suspension due to a delay in fee payment while she was clerking on the Ninth Circuit Court of Appeals in Portland, Oregon and therefore not practicing law in California; she has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Columbia.

This motion is supported and signed by Jennifer Holmes, an active and sponsoring member of the Bar of this Court.

Dated: September 23, 2026

*/s/ Jennifer A. Holmes*
Jennifer Holmes (1018798)
Director of Election Protection Hub
Public Rights Project
490 43rd St., Unit #115
Oakland, CA 94609
(510) 738-6788
jennifer.holmes@publicrightsproject.org

*Counsel for City and County of Denver*