AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

LEAGUE OF UNITED LATIN AMERICAN CITIZENS et al.,
*Plaintiff*
v.
UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,
*Defendant*

Case No. 1:26-cv-03157

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff City and County of Denver, Colorado .

Date: 09/25/2026

Kyra Sikora
*Attorney's signature*

Kyra Sikora
*Printed name and bar number*

490 43rd St. Unit #115, Oakland, CA 94609
*Address*

kyra.sikora@publicrightsproject.org
*E-mail address*

(510) 738-6788
*Telephone number*

*FAX number*