**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,

*Plaintiffs*,

*vs.*

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

*Defendants*.

Case No. 1:26-cv-03157-LLA

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rules of Civil Procedure 83.6(b), Kayla M. Kaufman hereby withdraws her appearance for Plaintiffs in the above-captioned matter. Effective October 9, 2026, Ms. Kaufman's employment at Democracy Forward Foundation is concluding. Plaintiffs will continue to be represented by all other counsel who have entered appearances on their behalf.

Dated: October 9, 2026

Respectfully submitted,

*/s/ Kayla M. Kaufman*

Kayla M. Kaufman (DC Bar No. 90029091)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kkaufman@democracyforward.org

*Counsel for Plaintiffs*