UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY*, et al.*

*Defendants*.

Civ. A. No. 26-3157 (LLA)

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE*, et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY*, et al.*

*Defendants*.

Civ. A. No. 26-3263 (LLA)

DSCC*, et al.*,

*Plaintiffs*,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

*Defendants*.

Civ. A. No. 26-3330 (LLA)

**DEFENDANTS' NOTICE OF COMPLIANCE REGARDING**
**PLAINTIFFS' REQUESTS FOR PRODUCTION NOS. 1 AND 4**

Defendants, through counsel, in *NAACP, et al. v. DHS, et al.*, No. 26-3263 (LLA), notify the Court that, in accordance with the Court's Order dated October 21, 2026 (ECF No. 41) in the *NAACP* case, Defendants have served Plaintiffs' counsel with Defendants' objections, responses, documents and things in response to Plaintiffs' Requests for Production Nos. 1 and 4, due on October 26, 2026.

Dated: October 26, 2026
Washington, DC

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Counsel for United States of America*