**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY*, et al.*<br><br>*Defendants*. | Civ. A. No. 26-3157 (LLA) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE*, et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY*, et al.*<br><br>*Defendants*. | Civ. A. No. 26-3263 (LLA) |
| DSCC*, et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>*Defendants*. | Civ. A. No. 26-3330 (LLA) |

## DEFENDANTS' ERRATA / NOTICE

Defendants, through counsel, in *NAACP, et al. v. DHS, et al.*, No. 26-3263 (LLA), file this errata / notice to correct the following items in the Joint Motion for Status Conference (ECF No. 49) – as well as to place the main filing on the *LULAC* lead case docket.

*First*, under the heading "Department of Homeland Security Weeklies," the second full paragraph should have been a separate numbered paragraph, as it represents the Defendants' position.

*Second,* under the heading, "Email Thread Between Parties' Counsel on October 30, 2026," the numbered paragraph 9 should be corrected as follows, to fix typos.

Corrections to Paragraph (underline and strikethrough)

9. Although Plaintiffs insist on attaching the parties' counsel's October 30, 2026 email thread as an exhibit to this Joint Motion (without any redaction), Defendants' counsel does not consent for a couple of reasons. First, the subject email thread contains over two dozen emails between counsel throughout the day on October 30, 2026, which include discussion between the counsel on Plaintiffs' discovery concerns, as well as topics that are ~~not~~ beyond the scope of substantive discussion about Plaintiffs' discovery dispute. For example, the thread includes, in part, discussion of coordinating the filing of this Joint Motion, whether the Joint Status Report was properly filed, planning Zoom calls between counsel, and time estimates for agency responses. Second, Plaintiffs can sufficiently present their concerns to the Court regarding Defendants' production at a status conference, without needing to attach the parties' counsel's email thread of two-dozen-plus emails (without redaction) as an exhibit to this Joint Motion. Finally, it is not the parties' counsel's emails that are at issue, but whether – according to Plaintiffs – Defendants' production is complete.

Replacement Paragraph (clean)

9. Although Plaintiffs insist on attaching the parties' counsel's October 30, 2026 email thread as an exhibit to this Joint Motion (without any redaction), Defendants' counsel does not consent for a couple of reasons. First, the subject email thread contains over two dozen emails between counsel throughout the day on October 30, 2026, which include discussion between the counsel on Plaintiffs' discovery concerns, as well as topics that are beyond the scope of substantive discussion about Plaintiffs' discovery dispute. For example, the thread includes, in part, discussion of coordinating the filing of this Joint Motion, whether the Joint Status Report was properly filed, planning Zoom calls between counsel, and time estimates for agency responses. Second, Plaintiffs can sufficiently present their concerns to the Court regarding Defendants' production at a status conference, without needing to attach the parties' counsel's email thread of two-dozen-plus emails (without redaction) as an exhibit to this Joint Motion. Finally, it is not the parties' counsel's emails that are at issue, but whether – according to Plaintiffs – Defendants' production is complete.

Dated: October 31, 2026
Washington, DC

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Attorneys for United States of America*