# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**League of United Latin American Citizens et al.**
**Plaintiff**

vs

**U.S. Department of Homeland Security et al.**
**Defendant**

**Case Number: 26-cv-03157**

## AFFIDAVIT OF MAILING SERVICE

I, Rita Berzins, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Rita Berzins, certify that on 10/12/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons, Amended Complaint** upon the within named **Todd Blanche, United States Attorney General, U.S. Department of Justice**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402 8362 0855 1275 2675 41 with Return Receipt . The sealed envelope was signed for on **10/15/2026 .** (Exhibit A)

Addressed As Follows: **Todd Blanche, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530**

I, Rita Berzins, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

10/15/2026
*Date*

Rita Berzins

90007

**Rita Berzins**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 26-cv-03157

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Todd Blanche, United States Attorney General, U.S. Department of Justice

was received by me on *(date)* 10/9/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________ , __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*: **Mailed by Certified Mail 9402 8362 0855 1275 2675 41 to 950 Pennsylvania Ave NW, Washington, DC 20530 on 10/12/2026. Service was signed for on 10/15/2026. (See Exhibit A)**

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: 10/15/2026

Rita Berzins

*Server's signature*

90007

Rita Berzins, Process Server

*Printed name and title*

P.O. Box 18647, Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Amended Complaint

UNITED STATES POSTAL SERVICE®

October 15, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 2675 41**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 15, 2026, 04:29 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | TODD BLANCHE, US ATTORNEY GENERAL |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

TODD BLANCHE, US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530
Reference #: 90007
Item ID: 90007

EXHIBIT A