# EXHIBIT 1

Outlook

## RE: [EXTERNAL] URGENT Response Required: Armed Agents at Polls in DC

**From** Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>
**Date** Sat 2026-10-31 16:33
**To** Orlando Economos <oeconomos@democracyforward.org>
**Cc** Ron Fein <rfein@democracyforward.org>; Molly Gaston <mgaston@democracyforward.org>; J.P. Cooney <jpcooney@democracyforward.org>; Briana Clark <bclark@democracyforward.org>; Michael Gaffney <mgaffney@democracyforward.org>; John Cusick <jcusick@naacpldf.org>; Leah Wong <LWong@aaldef.org>; Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>; Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>

Counsel,

Thank you for your patience here this afternoon, as I worked to track things down.

The following is FBI's response:

> In connection with the DC Safe & Beautiful Task Force, USMS is the lead agency for assigning interagency personnel to various patrol locations. On the night of 10/30, USMS redirected certain interagency patrol resources, effective at 0800 on 10/31, to areas where there are no known active polling locations.
>
> FBI Washington Field Office leadership did not become aware of the potential presence of armed FBI personnel in the vicinity of an active polling location until the morning of 10/31/2026. To be clear, any agent personnel who may have been observed in the vicinity of an active polling location were part of a roving interagency foot patrol assigned to that neighborhood as part of the DC Safe & Beautiful Task Force and were not in the vicinity of the active polling location for the purpose of conducting any investigative activity.
>
> Upon being made aware on 10/31 that agents may have been observed near an active polling location, a message was immediately disseminated to all WFO and TDY agent personnel via email advising them of the prohibition under 18 USC § 592 against armed federal law enforcement personnel being at or near active polling locations. That communication directed them to not engage in foot patrols at or near any polling location where voting is occurring, and they were provided links to websites that identify the early voting and election day voting locations in Washington, DC. Agent personnel were advised that the only exception to that prohibition is if there is an active shooter at a particular polling location.

If you have additional questions or concerns, please let me know. Thank you.

Cate

**Catherine J. Malycke (“Cate”)** | Assistant U.S. Attorney
Civil Division, U.S. Attorney’s Office
601 D St., NW, Washington, D.C. 20530
Ph: (202) 809-3495 (cell)
Em: Catherine.Malycke@usdoj.gov

---

**From:** Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>
**Sent:** Saturday, October 31, 2026 2:48 PM
**To:** Orlando Economos <oeconomos@democracyforward.org>
**Cc:** Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>; Ron Fein <rfein@democracyforward.org>; Molly Gaston <mgaston@democracyforward.org>; J.P. Cooney <jpcooney@democracyforward.org>; Briana Clark <bclark@democracyforward.org>; Michael Gaffney <mgaffney@democracyforward.org>; John Cusick <jcusick@naacpldf.org>; Leah Wong <lwong@aaldef.org>; Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>
**Subject:** Re: [EXTERNAL] URGENT Response Required: Armed Agents at Polls in DC

Orlando, et al.,

I will have a response for you from FBI within the hour, but it will be after 3 PM.

DHS did not have any agents at the location in the video.

It is my understanding that D.C. National Guard is not a party to the three consolidated cases before Judge AliKhan - LULAC, NAACP, and DSCC. If I am mistaken, please advise. I am working to track down any updates as to the DCNG, if I can, however.

Thank you,
Cate

---

**From:** Orlando Economos <oeconomos@democracyforward.org>
**Sent:** Saturday, 31 October 2026 12:44:46
**To:** Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>
**Cc:** Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>; Ron Fein <rfein@democracyforward.org>; Molly Gaston <mgaston@democracyforward.org>; J.P. Cooney <jpcooney@democracyforward.org>; Briana Clark <bclark@democracyforward.org>; Michael Gaffney <mgaffney@democracyforward.org>; John Cusick <jcusick@naacpldf.org>; Leah Wong <lwong@aaldef.org>
**Subject:** Re: [EXTERNAL] URGENT Response Required: Armed Agents at Polls in DC

Thank you Cate. Please let me know what they say. But just to flag, these were NG and FBI employees—not DHS. Please also reach out to your clients at FBI.