# EXHIBIT 2

Outlook

## RE: Rolling Responses, re: Discovery - NAACP v. DHS, 26-3263 (DDC)

**From** John Cusick <jcusick@naacpldf.org>
**Date** Sat 2026-10-31 12:39
**To** Leah Wong <LWong@aaldef.org>; Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>
**Cc** Hayden Johnson <hayden.johnson@protectdemocracy.org>; Miranda Galindo <mgalindo@latinojustice.org>; Pooja Chaudhuri <pooja@democracydefenders.org>; jasleen.singh@nyu.edu <jasleen.singh@nyu.edu>; Imani Franklin <franklin@nilc.org>; Meyers, Max <mmeyers@naacpnet.org>

Hey Cate,

Echoing the thanks. As we've conveyed, we are happy to continue conferring about Defendants' production of discovery.

To this end, as we continue our discussions, and based on some public reporting we are just reviewing, below are descriptions of initially proposed declaration language that could aid resolving some of our continued concerns. We look forward to review and are happy to discuss any counter proposals.

1. **For DHS**:
   a. A sworn declaration from DHS indicating whether or not DHS has conducted a reasonable search for all policies, guidance, directives, training materials, and operational plans responsive to Plaintiffs' requests, and that its production is complete to the best of DHS's knowledge after that search. The declaration would further confirm that DHS and its components did not find any existing policies, guidance, directives, training materials, or operational plans governing personnel conduct in the vicinity of polling places, election offices, ballot-processing facilities, canvassing locations, or vote-counting operations.
   b. Either together or separately, a sworn declaration from DHS indicating that, in response to RFP No. 3, Defendants completed their production and in it includes the full universe of guidance, policies, directives, training materials, or operational plans governing election-related activities. The declaration would confirm that the only responsive guidance produced was the *Election Crimes Manual, 8th Edition* and that guidance remains current and operative and continues to govern the conduct of DOJ personnel and components. The declaration would further clarify that DOJ has not issued, adopted, or relied upon any additional election-related guidance, directives, or policies that were not produced in response to RFP No. 3.
2. **For DOJ**:
   a. A sworn declaration from DOJ confirming that the election guidance produced in response to RFP No. 3, *Election Crimes Manual, 8th Edition,* remains current and operative policy and continues to govern DOJ personnel and components in connection with election-related activities during the 2026 election cycle and for the foreseeable future. The declaration would acknowledge that DOJ would further attest that it has not rescinded, superseded, or suspended that guidance except as expressly disclosed in its production.
   b. Either together or separately, a sworn declaration acknowledging that in addition to the Election Crimes Manual, 8th Edition, the Justice Manual publicly sets forth internal DOJ policies and procedures. §1-1.100. The Justice Manual describes 18 U.S.C. § 592 as prohibiting "armed

federal presence where elections are held" and "the presence of armed officials at a location where an election is being held." Justice Manual § 9-85.400.

Also, for tomorrow, I may be out of pocket at times. Leah or another Plaintiffs' counsel may be the initial point of contact should anything time sensitive arise.

Have a good weekend.

Many thanks,

John

---

**From:** Leah Wong <LWong@aaldef.org>
**Sent:** Saturday, October 31, 2026 11:34 AM
**To:** Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>; John Cusick <jcusick@naacpldf.org>
**Cc:** Hayden Johnson <hayden.johnson@protectdemocracy.org>; M Galindo <mgalindo@latinojustice.org>; Pooja Chaudhuri <pooja@democracydefenders.org>; jasleen.singh@nyu.edu; Imani Franklin <franklin@nilc.org>; Meyers, Max <mmeyers@naacpnet.org>
**Subject:** Re: Rolling Responses, re: Discovery - NAACP v. DHS, 26-3263 (DDC)

[Caution: EXTERNAL EMAIL]

This message was sent from outside the company by someone with a display name matching a user in your organization. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Hi Cate, received and thank you for re-filing for us on the lead docket.

---

**From:** Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>
**Sent:** Saturday, October 31, 2026 10:05 AM
**To:** John Cusick <jcusick@naacpldf.org>
**Cc:** Hayden Johnson <hayden.johnson@protectdemocracy.org>; Miranda Galindo <mgalindo@latinojustice.org>; Pooja Chaudhuri <pooja@democracydefenders.org>; jasleen.singh@nyu.edu <jasleen.singh@nyu.edu>; Imani Franklin <franklin@nilc.org>; Meyers, Max <mmeyers@naacpnet.org>; Leah Wong <LWong@aaldef.org>
**Subject:** RE: Rolling Responses, re: Discovery - NAACP v. DHS, 26-3263 (DDC)

Note also that the Clerk of Court made it clear to us yesterday that there are no filings on the NAACP docket, as of yesterday, because the cases were consolidated.

Cate

---

**From:** Malycke, Catherine (USADC)
**Sent:** Saturday, October 31, 2026 10:04 AM
**To:** 'John Cusick' <jcusick@naacpldf.org>
**Cc:** Hayden Johnson <hayden.johnson@protectdemocracy.org>; M Galindo <mgalindo@latinojustice.org>; Pooja Chaudhuri <pooja@democracydefenders.org>; jasleen.singh@nyu.edu; Imani Franklin <franklin@nilc.org>;