# EXHIBIT 4

Outlook

## Re: Meet and Confer, Sunday, Nov. 1, 2026 - NAACP v. DHS, 26-3263 (DDC)

**From** Leah Wong <LWong@aaldef.org>
**Date** Sun 2026-11-01 12:59
**To** Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>; John Cusick <jcusick@naacpldf.org>; Hayden Johnson <hayden.johnson@protectdemocracy.org>; Miranda Galindo <mgalindo@latinojustice.org>; Pooja Chaudhuri <pooja@democracydefenders.org>; jasleen.singh@nyu.edu <jasleen.singh@nyu.edu>; Imani Franklin <franklin@nilc.org>
**Cc** Bardo, John (USADC) <John.Bardo@usdoj.gov>

Hi Cate,

Thank you for reaching out. To answer Defendants' prior question directly, Plaintiffs would view sworn declarations from DHS and DOJ providing the assurances outlined in our October 31, 9:02 p.m. ET email as resolving the remaining discovery issues concerning our expedited discovery requests before Election Day. Plaintiffs reserve the right, however, to raise other remaining issues with respect to the litigation with Defendants after Election Day.

To the extent any of your clients are unwilling to provide sworn declarations, Plaintiffs would be willing to consider a representation that is in substance and in form modeled on the statement that the FBI had provided to all Washington, DC-area field office and temporary duty personnel on October 31, advising them of "the prohibition under 18 U.S.C. § 592 against armed federal law enforcement personnel being at or near active polling locations" and advising them "to not engage in foot patrols at or near any polling location where voting is occurring."

If Defendants provide the sworn declarations or statements by 5 p.m. ET today, Plaintiffs believe it is unnecessary to proceed with tomorrow's status conference to address Plaintiffs' current challenge to Defendants' production.

Given that the FBI was able to immediately distribute a message to DC-area field office and temporary duty personnel advising them of the prohibition under 18 U.S.C. § 592, Plaintiffs believe any commitments made by DHS and DOJ should be communicated without delay to all agents, officers, and personnel who could conceivably be operating in the vicinity of where elections are being administered, even if they are are outside of DC. As a resolution of this discovery dispute, we would request that the relevant agencies publicly post the same statements on their official websites or promptly disseminate the same guidance to all relevant personnel.

Any declaration or statement containing caveats regarding the circumstances under which federal law enforcement may be present at polling locations must specify those circumstances, similar to what the FBI statement provided on October 31.

Please let us know what available times you have to meet in the afternoon.

Thank you,
Leah