**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | Civ. A. No. 26-3157 (LLA) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | Civ. A. No. 26-3263 (LLA) |
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>*Defendants*. | Civ. A. No. 26-3330 (LLA) |

# JOINT STATUS REPORT

Pursuant to the Court's Minute Order on November 2, 2026, the *NAACP, et al. v. DHS, et al.*, No. 26-3263 (LLA) Plaintiffs and Defendants, through respective counsel, file this Joint Status Report as to "any ruling in *NAACP v. Blanche*, 26-CV-3626." Min. Order, Nov. 2, 2026.

1. On November 2, 2026, in *NAACP v. Blanche*, 26-3626-RBW, the Court entered its decision as to the plaintiffs' Motion for Temporary Restraining Order (ECF No. 14), denying the plaintiffs' motion without prejudice. Order at 10-11, *NAACP v. Blanche*, No. 26-cv-3626-RBW (D.D.C. Nov. 2, 2026) (ECF No. 22). *Id.* at 10-11. Also, the Court ordered the defendants to "provide the Court with at status report as to how they confirmed that none of the election monitors participating in the DOJ's Poll Monitoring Program on November 3, 2026 are in fact law enforcement officials and therefore do not have the power to effectuate arrests, on or before November 3, 2026 at 7:00 a.m. [EST]." *Id.* at 11. On November 3, 2026, the defendants in *NAACP v. Blanche*, 26-3626-RBW filed its Status Report in that case. *See* Status Report, *NAACP v. Blanche*, No. 26-cv-3626-RBW (D.D.C. Nov. 3, 2026) (ECF No. 24).

2. Here, the *NAACP* parties are similarly aligned as to impact of the Court's November 3, 2026 ruling in *NAACP v. Blanche*.

3. **Plaintiffs:** This decision does not change the representations that Plaintiffs have provided to the Court during the status conference and in notices to the Court.

4. **Defendants:** The Court's Order in *NAACP v. Blanche* denying the plaintiffs' motion for temporary restraining order does not immediately impact the present case before this Court – *NAACP, et al. v. DHS, et al.*, No. 26-cv-3263-LLA – because there is no pending motion for emergency relief before the Court. Should the Plaintiffs, here, move for emergency relief, Defendants reserve the right to reassess whether the *NAACP v. Blanche* decision impacts this case.

Date: November 3, 2026

Respectfully submitted,

*/s/ I. Sara Rohani*
I. Sara Rohani (DC Bar No. 1781155)
Hayley Hahn** (DC Bar No. 90045921)
Victor Olofin*** (DC Bar No. 90030772)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th Street NW, Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
srohani@naacpldf.org

John S. Cusick*
Brittany Carter***
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006

Miranda Galindo***
Rex Chen***
LATINOJUSTICE PRLDEF
475 Riverside Drive, #1901
New York, NY 10115

Kristen M. Clarke (DC Bar No. 973885)
Anthony P. Ashton (D.D.C. Bar No.
MD25220)
Max L. Meyers***
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Dr.
Baltimore, MD 21215

Leah Wong*
Jane Shim*
Patrick Stegemoeller*
Dinesh McCoy*
Niji Jain***
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND

Jasleen K. Singh*
Patrick Berry*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271

*/s/ I. Sara Rohani*
I. Sara Rohani (DC Bar No. 1781155)
Hayley Hahn** (DC Bar No. 90045921)
Victor Olofin*** (DC Bar No. 90030772)

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
Catherine.Malycke@usdoj.gov

*Attorneys for the United States of America*

99 Hudson Street, 12th Floor
New York, NY 10013

*/s/ Hayden Johnson*
Hayden Johnson (DC Bar No. 1671830)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW #163
Washington, DC 20006
(202) 579-4582
Hayden.Johnson@protectdemocracy.org

Jessica A. Marsden*
PROTECT DEMOCRACY PROJECT
101 Glen Lennox, Suite 300
Chapel Hill, NC 27517

Benjamin R. Farley (DC Bar No. 90042585)
Imani Franklin (DC Bar No. 90006160)
NATIONAL IMMIGRATION LAW CENTER
PO Box 34573
Washington, DC 20043

*Counsel for Plaintiffs NAACP, MFA, OCA, NUL, and MN8*

Hayne Aoun*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
777 6th St. NW, Suite 1100
Washington, DC 20001

*Counsel for Plaintiff SEIU*

Norman L. Eisen (DC Bar No. 435051)
Pooja Chaudhuri (DC Bar No. 888314523)
Sofia Fernandez Gold (DC Bar No. 90010196)
Harold Craig Becker (DC Bar No. 371239)
Tianna Mays (DC Bar No. 90005882)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003

*Counsel for Plaintiffs AFT, UFCW, and IUPAT*

* *Admitted pro hac vice*
** *Admission to D.D.C. pending*
*** *Pro hac vice application forthcoming*

NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
Tel: (202) 682-1300
700 14th Street NW, Ste. 600
Washington, DC 20005
srohani@naacpldf.org

John S. Cusick*
Brittany Carter***
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006

Miranda Galindo***
Rex Chen***
LATINOJUSTICE PRLDEF
475 Riverside Drive, #1901
New York, NY 10115

Kristen M. Clarke (DC Bar No. 973885)
Anthony P. Ashton (D.D.C. Bar No. MD25220)
Max L. Meyers***
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Dr.
Baltimore, MD 21215