**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY*, et al.*<br>*Defendants*. | Civ. A. No. 26-3157 (LLA) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE*, et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY*, et al.*<br>*Defendants*. | Civ. A. No. 26-3263 (LLA) |
| DSCC*, et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>*Defendants*. | Civ. A. No. 26-3330 (LLA) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

In accordance with Federal Rules of Civil Procedure 6(b)(1) and Local Civil Rule 7(m), the Defendants, through counsel, in *LULAC, et al. v. DHS, et al.*, No. 26-3157 (LLA), respectfully request that the Court extend the time to respond to Plaintiffs' Amended Complaint by thirty days – *i.e.*, from November 10, 2026 to December 10, 2026. Plaintiffs consented to this request. This request is made in good faith, for the reasons set forth below.

1. Plaintiffs served their Complaint on the U.S. Attorney's Office in the District of Columbia on September 11, 2026. *See* Complaint ("Compl."), ECF No. 1; Return of Service/Affidavit, ECF No. 17. At that time, Defendants included the U.S. Department of Homeland Security ("DHS"), Markwayne Mullin, in his official capacity as Secretary of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), and David Venturella, in his official capacity as Acting Director of ICE. Compl. at 1-2. The deadline for Defendants to respond to the Complaint was November 10, 2026.

2. On November 12, 2026, Defendants' undersigned counsel entered her appearance in this case. ECF No. 13.

3. Plaintiffs amended their Complaint on October 7, 2026. *See* Amended Complaint ("Am. Compl."), ECF No. 22. The Amended Complaint added defendants: U.S. Department of Justice ("DOJ"), Todd Blanche, in his official capacity as Attorney General of the United States, Federal Bureau of Investigation ("FBI"), and Kash Patel, in his official capacity as Director of the FBI. *Id.* at 2.

4. Defendants' undersigned counsel was served with the Amended Complaint by notice through ECF/CM on October 7, 2026, when Plaintiffs filed the Amended Complaint.

5. Under Rule 15(a)(3) of the Federal Rules of Civil Procedure, Defendants' response is due "within the time remaining to respond to the original pleading or within 14 days after service

of the amended pleading, whichever is later." Fed. R. Civ. P. Rule 15(a)(3). This date is calculated to be November 10, 2026, i.e., the date Defendants are required to respond to the original pleading.

6. Defendants respectfully request an extension of thirty days to respond to the Amended Complaint.

7. Good cause exists to grant Defendants' motion for extension of thirty days in this matter. Defendants' undersigned counsel is managing her litigation docket with numerous briefs and discovery due in the next two weeks. Thereafter, Defendants' counsel will be on leave for the Thanksgiving holiday. Defendants' counsel needs additional time to confer with the agency counsel for the Defendants and prepare the response to the Amended Complaint

8. Per Local Civil Rule 7(m), on November 1, 2026, Defendants' undersigned counsel asked for Plaintiffs' counsel's consent. On November 2, 2026, Plaintiffs' counsel, Orlando Economos, agreed to the extension.

9. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. The present motion for an extension is the first request for an extension of Defendants' deadline.

10. WHEREFORE, Defendants, with Plaintiffs' consent, respectfully requests that the Court extend the deadline for all of the Defendants to respond to the Amended Complaint by thirty days, *i.e.,* from November 10, 2026 to December 10, 2026. A proposed order is enclosed herewith.

[signature block on following page]

Dated: November 4, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
Catherine.Malycke@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY*, et al.*<br>*Defendants*. | Civ. A. No. 26-3157 (LLA) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE*, et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY*, et al.*<br>*Defendants*. | Civ. A. No. 26-3263 (LLA) |
| DSCC*, et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>*Defendants*. | Civ. A. No. 26-3330 (LLA) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that all of the Defendants shall respond to the Amended Complaint by December 10, 2026.

SO ORDERED:

__________________________
Dated

________________________________
LOREN L. ALIKHAN
United States District Judge