**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY*, et al.*<br>*Defendants*. | Civ. A. No. 26-3157 (LLA) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE*, et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY*, et al.*<br>*Defendants*. | Civ. A. No. 26-3263 (LLA) |
| DSCC*, et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>*Defendants*. | Civ. A. No. 26-3330 (LLA) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

In accordance with Federal Rules of Civil Procedure 6(b)(1) and Local Civil Rule 7(m), the Defendants, through counsel, in *NAACP v. DHS*, 26-3263 (LLA) ("*NAACP*") and *DSCC v. ICE,* 26-3330 (LLA) ("*DSCC*"), respectfully request that the Court extend the time to respond to Plaintiffs' respective complaints. Defendants request that the Court extend the deadline in *NAACP* from November 17, 2026 to December 11, 2026, and extend the deadline in *DSCC* from November 27, 2026 to December 14, 2026. Plaintiffs' counsel in both cases consented to these requests. These requests are made in good faith, for the reasons set forth below.

1. The *NAACP* Plaintiffs served their Complaint on the U.S. Attorney's Office in the District of Columbia on September 18, 2026. *See* Complaint ("Compl."), ECF No. 1. The deadline for Defendants to respond to the Complaint is November 17, 2026.

2. The *DSCC* Plaintiffs served their Complaint on the U.S. Attorney's Office in the District of Columbia on September 28, 2026. *See* Complaint ("Compl."), ECF No. 1. The deadline for Defendants to respond to the Complaint is November 27, 2026.

3. Defendants respectfully request that the above deadlines to respond to the *NAACP* and *DSCC* Complaints be extended to December 11, 2026 and December 14, 2026, respectively.

4. Good cause exists to grant Defendants' consent motion for extension. Defendants' undersigned counsel needs additional time to confer and collaborate with the defendant agencies and prepare responses to the *NAACP* and *DSCC* Complaints, as well as the Complaint in *LULAC, et al. v. DHS, et al.*, No. 26-3157 (LLA) ("*LULAC*"). At present, Defendants' counsel is preparing a response to the *LULAC* Complaint which is currently due on December 10, 2026. Defendants' counsel seeks to stagger the deadlines for the three consolidated cases to manage her litigation docket, in addition to her scheduled leave for the Thanksgiving holiday.

5. Per Local Civil Rule 7(m), on November 12, 2026, Defendants' undersigned

counsel emailed respective counsel for the *NAACP* and *DSCC* Plaintiffs about the requested extension. On November 13, 2026, counsel agreed to the extended deadlines.

6. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. The present motion for an extension is the first request for an extension of Defendants' deadlines.

7. WHEREFORE, Defendants, with the *NAACP* and *DSCC* Plaintiffs' consent, respectfully request that the Court extend the deadline for Defendants to respond to the *NAACP* Complaint from November 17, 2026 to December 11, 2026, and *DSCC* Complaint from November 27, 2026 to December 14, 2026. A proposed order is enclosed herewith.

[signature block on following page]

Dated: November 13, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Catherine J. Malycke*

CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
Catherine.Malycke@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | Civ. A. No. 26-3157 (LLA) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | Civ. A. No. 26-3263 (LLA) |
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>*Defendants*. | Civ. A. No. 26-3330 (LLA) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time in *NAACP v. DHS*, 26-3263 (LLA) ("*NAACP*") and *DSCC v. ICE,* 26-3330 (LLA) ("*DSCC*"), and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that the Defendants in *NAACP* shall respond to the *NAACP* Complaint by December 11, 2026, and

ORDERED that the Defendants in *DSCC* shall respond to the *DSCC* Complaint by December 14, 2026.

SO ORDERED:

______________________________
Dated

______________________________
LOREN L. ALIKHAN
United States District Judge